55resp frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



Kenya Antwain Evans, )
)
    Petitioner, )
)    **1:05CV00616**
v. )
)    1:99CR251-1
United States of America, )
)
    Respondent. )

## ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

                                         /s/ P. Trevor Sharp
                                United States Magistrate Judge

Date: July 12, 2005